IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO: 4:16CR116

KEITH WILLIAMS, a/k/a, "Keke"
DANNY TURNER, a/k/a "Young"
BRIAN JOHNSON
COREY JOHNSON, a/k/a "Cool"
MARQUEL MILES, a/k/a "Boo"
JOSEPH WEEKS
CURTIN SMITH
ELANA GADDY
CONSTANCE MOORMAN
ROOSEVELT WALTON, a/k/a "Ro"

## PROTECTIVE ORDER

This cause is before the Court on the Government's unopposed Motion for Protective Order in the above referenced case. The Court, having reviewed the motion, now ripe as to all defendants except Rachael Partain (as to whom the application of this order will be taken up upon ripening of the Government's Motion for Protective Order as to her) and being otherwise fully advised in the premises, finds that the motion is well taken as to all defendants in this action other than Partain.

NOW, THEREFORE, the defined terms referred to herein shall have the following meanings: (1) "Discoverable Material" refers to material subject to disclosure pursuant to Fed. R. Crim. P. 16; (2) "Sealed Items" refers to documents previously sealed by the Court; (3) "3500 Material" refers to material to be provided to defendants pursuant to the Government's disclosure obligations under 18 U.S.C. § 3500, Fed. R. Evid. 404(b), as well as the *Brady* and *Giglio* decisions; (4) "Defendants" refers to the defendants, and any future defendants, in the above

referenced case; and (5) "Defense Counsel" refers to the counsel of record for any defendant, or future defendant, in the above referenced case.

IT IS, HEREBY, ORDERED (1) that all Discoverable Material disclosed in this case and any copies thereof, shall be kept in the constant care, custody and control of Defense Counsel; (2) that any review of Discoverable Material shall take place in Defense Counsel office or at the detention facility where any Defendant is housed; (3) that copies of Discoverable Material shall not leave the custody of Defense Counsel or be left at any Defendant's detention facility; (4) that Discoverable Material, as well as its contents, shall not be discussed with, or disseminated / disclosed to anyone other than Defendants or Defense Counsel, or the staff of Defense Counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court; and (5) Defense Counsel will return to the government all hard drives and discs provided by the government in discovery at the close of the trial or when any appeal becomes final.

IT IS FURTHER ORDERED (1) that all Sealed Items and 3500 Material disclosed in this case, and any copies thereof, shall be kept in the constant care, custody and control of Defense Counsel; (2) that any review of Sealed Items and 3500 Material shall take place in Defense Counsel office or at the detention facility where any Defendant is housed; (3) that Defense Counsel shall return or destroy all physical copies of Sealed Items and 3500 Material at the close of the trial or when any appeal has become final and return all hard drives and discs provided by the government; (4) that Sealed Items and 3500 Material shall not leave the custody of Defense Counsel or be left at any detention facility; and (5) that Sealed Items and 3500 Material, as well as its contents, shall not be discussed with, or disseminated / disclosed to anyone other than the Defendants and Defense Counsel or the staff of their counsel (full time

secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

SO ORDERED, this the 4th day of January, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF MISSISSIPPI